

AMHERST COLLEGE
Office of the Dean of Students

December 13, 2013

John Doe
AC Box #XXX
Via email

Dear John:

A hearing before the Sexual Misconduct Hearing Board was held on December 12, 2013 to consider charges brought against you by Sandra Jones '14 for allegedly violating the Amherst College Honor Code. Specifically, you were charged with violating the following policy:

*Statement on Respect for Persons*
  *Sexual Misconduct Policy: Sexual Assault*

(See the *2013-14 Amherst College Student Handbook-in-Brief,* pages 10, 11, 29 and 30 for complete descriptions of these statements.)

Based on the evidence presented and after deliberating, the Board found you **responsible**, by a preponderance of the evidence, for violating *the Statement on Respect for Persons* specifically the *Sexual Misconduct Policy: Sexual Assault*. As a result of this finding, the Board assigned the following sanctions:

1) You are expelled from Amherst College effective immediately. Expulsion is a termination of your student status at Amherst College.

2) Your Amherst College Transcript will have a notation indicating that you were expelled. Specifically it will note "Disciplinary Expulsion".

3) You cannot be on campus or attend any Amherst College sponsored events unless you have written permission from myself or the Dean of Students.

4) A No-Contact Order with Sandra Jones will go into effect immediately. You must not contact Ms. Jones by telephone, other technology, in person or through a third party. No contact includes no direct or incidental contact.

The Board carefully considered the evidence, and identified the following factors as being influential in their finding:

- Your account of being "blacked out" is credible. However, as stated in the Student Handbook: "Being intoxicated or impaired by drugs or alcohol is never an excuse for sexual misconduct and does not excuse one from the responsibility to obtain consent" p.32
- Ms. Jones's account of withdrawing consent after it had initially been given – as evidenced by Ms. Jones saying "no" and "I don't want to keep going" and by her asking you to leave and pushing you away – is credible and supported by a preponderance of the evidence.

John, the Board is very concerned about the role of alcohol in your life. While the Board cannot mandate that you seek counseling, I have been asked to strongly encourage you to seek treatment from a licensed health professional to assist you in addressing any substance abuse issues or other concerns.

If you choose to appeal these sanctions, the process is as follows:

1. Submit a written statement of appeal to the Provost, within seven days from the time of notification of the decision by the Dean of Students Office. If you believe you have grounds for an appeal, your appeal must be submitted by December 20, 2013.
2. Your written statement must specify the grounds for your appeal. The appeal may be based *only* on the following grounds:

    a. Material procedural error;
    b. Bias by the Chair or a member of the Hearing Board;
    c. Relevant, substantive and new information, not available at the time of the hearing.

For a comprehensive listing of the Appeals process, please refer to *2013-14 Amherst College Student Handbook-in-Brief,* pages 50-51, section F. Appeal Process.

If you have any questions or concerns, please feel free to contact me via email at smshannon@amherst.edu or via phone at 413-542-2337.


Sincerely,

Susie Mitton Shannon
Interim Dean of Student Conduct

cc: John Carter, Chief of Police, Amherst College
    Torin Moore, Dean of Residential Life
    Jim Larimore, Dean of Students