AFFIDAVIT OF ML

I, ML,                swear that the following is true to the
best of my knowledge and recollection:

1.   I am a student at Amherst College, Class of 2015.

2.   I am submitting this statement in support of John
     Doe, a former student of Amherst College.

3.   I met Sandra Jones in late January 2012.

4.   In the early morning of February 5, 2012, after
     exchanging a series of flirtatious text messages, at
     approximately 1:15 a.m., Ms. Jones  invited me to her
     dormitory room on the third floor of the Morrison Pratt
     dormitory.

5.   My text message exchange with Ms. Jones  is attached as
     Exhibit 1.

6.   I arrived at Ms. Jones'   room at approximately 2:45
     a.m.

7.   When I arrived, Ms. Jones  did not appear in any
     distress.  To the contrary, she was friendly,
     flirtatious, and spirited.

8.   Ms. Jones  and I socialized and flirted, and, several
     hours after I had arrived at her dormitory, we had
     consensual sexual relations.

9.   At no point during this period of time did Ms. Jones
     appear anxious, stressed, depressed, or otherwise in
     distress.

Date:  4/2/14                    ████████████████████████

1

1

**< Messages**   Sandra Jones   **Edit**

Feb 4, 2012, 17:00

Do you think you're going to the zu tonight?

Feb 4, 2012, 17:17

Don't even know where the zu is.

It's kind of by Pratt field? Anyway there's supposed to be a good party there tonight

Meh, I'm not really one for partying, if you noticed yesterday. Plus I won't have time for homework tomorrow, so I better do it tonight.

**Messages**    Sandra Jones    **Edit**

tonight.

Feb 4, 2012, 18:08

Big super bowl plans?

Nope, just gonna watch it either with my floor or at ████████ sp.?) house.

Feb 4, 2012, 18:36

U?

I think there's a mopratt viewing party? I might have to do work though...

Yeah, that's why I'm doing it tonight. For me Super Bowl > party at the Zu.

Feb 4, 2012, 20:26

**Messages**   Sandra Jones   **Edit**

Bowl > party at the Zu.

Feb 4, 2012, 20:26

Playing settlers right now actually.

Haha you'll have to teach me how to play sometime

Anytime. It's actually the second best board game in the world. Actually

...and what's the first?

Idk some game called panama. Never played it.

But how do you know it's the best board game in the

the best board game in the world if you've never played it?

Feb 5, 2012, 0:31

1. The interweb told me it was the best game.
2. I won the 2.5 hour game against 5 other people.
3. I didn't do any homework so I probably should have gone to the Zu with u.

Haha congrats on your win! And haha maybe not since it got broken up and I'm trying to make something at pond

Sandra Jones

something at pond happen... :/

Ooooooooh, like a wink wink something?

Haha no like a decent party something...

Oh, that's less fun.

What're you up to now?

Texting

Haha exciting Saturday night...

Better than yours.

**‹ Messages**   Sandra Jones   **Edit**

> Better than yours.

> I've got a party right here.

Puh leazeee

I bring the party wherever I go

> Tengo una fiesta en mi pantalones.

Oh reallyyyyy haha

> Yup, ed muy divertido.
>
> P.S. fuck autocorrect when I'm trying to spell in Spanish.

Messages    Sandra Jones    Edit

Spanish.

es* 

Feb 5, 2012, 0:45

If you're trying to impress me I'm half Peruvian... My Spanish skillz are a given

Y would I need to impress you with my weak Spanish skillz when I have my quick wit?

I mean you might be overcompensating... Idk your lifeee

What? What can I overcompensate? My

**‹ Messages**   Sandra Jones   **Edit**

What? What can I overcompensate? My genius intellect or my military-trained body?

Again I don't know your lifeee. Could be either. Could be both...

....how does one overcompensate for perfection?

And aren't u supposed to be drunk or something?

Why are u making such rational conversation.



rational conversation.



Hahaha wow cocky much? And I am! I just happen to be a very skilled texter

I am also waiting for schwemms so hunger may be sharpening my wit...

Always u and schwemms, what happened to pond?

Shitty. Why was this weekend so shit??

What yesterday was fun

weekend so shit??

What, yesterday was fun enough...I mean any fuel is better than no fuel.

True true it was a bummer that it got crashed by frisbee bros though :/

Yeah, but u guys still came around before them, and it was ok enough when it was just the guys.

That's true but we generally missed the awesomeness f fuel

Feb 5, 2012, 1:00

**Messages**   Sandra Jones   **Edit**

Feb 5, 2012, 1:00

Meh, like I said it was ok.

:/ well tonight was worse so don't worry about it

Wanna learn how to play settlers?

Yeahh but does that mean I have to walk all the way to the freshman quad??

Problem solved: http://www.catan.com/en/download/? SoC_rv_Rules_091907.pdf

Hehe

**Messages**          Sandra Jones          **Edit**

Hehe

Wow. If you think I'm actually going to read that drunk....

Lol, no I was just trolling you - see u thought I was going to take up my valuable sleep time to teach you. Haha, hilarious.

Jkjk, I will actually hang out with you if you're bored enough.

Wow so you're not interesting enough that if I'm not "bored enough" I

Sandra Jones

I'm not "bored enough" I won't get anything out of seeing you??

Probably, remember all that overcompensating I have to do.

Haha apparentlyyyyy

Alright then, if ur not bored enough...

Feb 5, 2012, 1:15

I mean I happen to have my room to myself this weekend if you wanted to come over and entertain me...

me...

I'm not a very good singer despite all the rumors.

Who said anything about singing?

Ok, I am a pretty good ballroom dancer, I'll admit to that.

Haha so you'll teach me?

Settlers? The box is soooo heavy.

I thought you had a military-trained bod?

military-trained bod?

.....which is sore from working out so sexily today.

Wow just one workout wears you out?

Wow, let's keep attacking my manliness.

Well you could just prove me wrong by coming overrr

U sound desperate. Three "r"s  in that over.

Feb 5, 2012, 1:38

**Messages**     Sandra Jones     **Edit**

Feb 5, 2012, 1:38

Ok, where are you?

Or I can just directory stalk you and see you live in 303. I didn't know that your real name was ▮▮▮▮▮▮...wow.

Feb 5, 2012, 2:08

Alrighty then....maybe I'll teach you next weekend.

Night.

You should've just come over when I offered

U been busy for the past

U been busy for the past 45 minutes or something?

Sophomore floor bonding I thought you were a lost cause

Oh boo, you obviously haven't listened to "Never gonna give you up, never gonna let you down." often enough. Oh sophomores, so young.

Haha so does that mean you're en route?

I thought I was a lost cause.

Sandra Jones

cause.

I thought I was wrong

So am I actually bringing this game?

Idk do you think you need it?

Feb 5, 2012, 2:30

Hard to say....depends on if you're up for playing a game that requires at least three people.

Yeah I'm gonna say that's superfluous...

Feb 5, 2012, 16:13

Sandra Jones

superfluous...

Feb 5, 2012, 16:13

How'd the swim meet go?

Feb 5, 2012, 16:30

We won by a lot.

Feb 10, 2012, 15:55

Hey, how was your week?

Kinda stressful actually. How was yours?

Feb 10, 2012, 16:32

Didn't do a lot of reading, but got away with it.

Feb 10, 2012, 16:45

Haha seens like you've