AFFIDAVIT OF EK

I, EK              swear that the following is true to the best of my knowledge and recollection:

1.  I am a student at Amherst College, Class of 2014.

2.  During the 2011-2012 academic year, I was the roommate of Sandra Jones on the third floor of the Morrison Pratt dormitory.

3.  Until I learned of the events that transpired on the early morning of February 5, 2012, I considered Sandra to be one of my closest friends at Amherst College.

4.  Prior to the events of February 5, 2012, I had direct knowledge of Sandra's regular weekend practice meeting men and having brief sexual encounters with them. Sandra would report these encounters to me with dramatic detail.  On at least one occasion, one of these encounters involved a man that a friend of hers had clearly expressed an interest in.

5.  On or about February 4, 2012, I was participating in a weekend squash tournament at another academic institution and was therefore away from Amherst College.

6.  When I returned to Amherst College on or about February 5, 2012, Sandra informed me that she had an intimate encounter with JJohn Doe. Sandra told me that John Doe was very intoxicated, that he came on to her, that the two of them had kissed each other, and that she felt bad because she knew this would hurt my feelings.  Ms. Jones  apologized to me.

7.  Sandra did not indicate to me in any way that John Doe had acted in an aggressive or otherwise inappropriate fashion.

8.  Later that day, I spoke with RM              a mutual friend of Sandra  and mine.  RM  had apparently observed a significant part of the interactions between Sandra and John Doe in the common area on the fourth floor of the Morrison Pratt dormitory, and her recollection of the incident was different than Sandra.  RM  told me that John Doe was very intoxicated and had initiated contact with Sandra  but that Sandra actively reciprocated

by kissing John Doe   RM      told me that she told Sandra
that she should stop kissing John Doe because she was
going to hurt my feelings, but Sandra continued without
response and eventually left the common area with
John Doe to go to our dorm room.

9.   In addition to speaking with RM      I also spoke to
the students who lived in the dormitory room that was
adjacent to mine, ▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓
They reported that Sandra had gone to their room later in
the day on February 5, 2012, and told them that she had
had sexual relations with John Doe   They did not state
that Sandra made any allegations of sexual misconduct.
Instead she told them that she was remorseful for
having sexual relations with the person I was dating.
Sandra spoke to them about her subsequent sexual
encounter with ML            which they informed me
of.

10.  After hearing this, I decided to spend several days
away from Sandra and therefore slept elsewhere.

11.  When I returned, I informed Sandra that she had not been
honest or straightforward with me when she told me what
had happened with John Doe and that what she had done had
hurt my feelings. Sandra again apologized.

12.  Sandra and I continued to live together and remained
friends for the remainder of the academic year. At no
point did she indicate that John Doe had engaged in any
sexual misconduct with her.

13.  After learning about the February 5, 2012, incident,
John Doe  and I stopped dating, which Sandra was aware of.

14.  However, later in the semester, I began dating John Doe
again for a period of more than one month, which Sandra
was also aware of. Sandra did not caution me to be wary
of John Doe's  sexual conduct or indicate any concern that
I might be at risk of harm from him.

15.  John Doe and I stopped dating long before Sandra had made
allegations of sexual misconduct against him.

16.  I learned of Sandra's allegation of rape against John Doe
from John Doe  himself. He told me that he had no
recollection of what had actually occurred as he was
too intoxicated.

17.  At some point after Sandra accused John Doe of rape,
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ informed me that on February 5, 2012,
     immediately after the sexual interaction between Sandra
     and John Doe, Sandra had engaged in a text message exchange
     with DR        who lived on our floor and served
     as our residential counselor.

18.  Following Sandra's filing of her complaint against John Doe
     I was interviewed by the investigator, and conveyed to
     her the information about the text message exchange
     between Sandra and DR

19.  At the hearing, I was surprised that I was not asked
     more questions.  I was not familiar with the process,
     had no advocate, and did not know what to expect or
     what to independently offer.

20.  Also at the hearing, I was surprised to find out that
     DR          had not been contacted given that I had
     mentioned the existence of a correspondence between him
     and Sandra just after the events of February 5, 2012.

21.  Following the hearing, I contacted DR         and
     asked him whether he still had the text messages that
     he and Sandra exchanged on February 5, 2012.  He
     confirmed that he had the text messages and he provided
     them to me.  I have attached the text message exchanges
     to this affidavit as Exhibit 1.

22.  After reviewing the text message exchanges between Sandra
     and DR    on February 5, 2012, I could not help but
     reach the conclusion that Sandra's allegations against
     John Doe were not truthful.

23.  I subsequently shared the text messages with John Doe

24.  I am personally offended and harmed by Sandra's false
     accusation against John Doe   I believe that her conduct
     not only resulted in John Doe's  wrongful expulsion from
     Amherst College, but it has made it more difficult for
     victims of sexual abuse to come forward without fear of
     being accused of fabricating their allegations of
     abuse.  I have also lost faith in Amherst College's
     disciplinary procedures.  Learning of the allegations
     and participating in this unjust disciplinary process
     has been unduly stressful and an unnecessary
     distraction from my final year at Amherst College.

Signed under the pains and penalties of perjury this
day of April 2014.

Date: 4/ 8/ 14



●●○○○ AT&T   LTE   ↻   **9:08 PM**   ⓐ ✳ 87% ▭ ⁆⚡

‹ Messages     Sandra ,     Contact

Feb 5, 2012,  AM

Popo shut us down

Ohmygod I jus did
something so fuckig stupid

What did you do

Fucked   John Doe

FUCK

No you didn't....

official story is he puked
and I took care of him but
yes. Yes I did. FUCK

Sandra    what are you
doing???????

   Send

●●○○○ AT&T  LTE ↻     **9:09 PM**      @ ✷ 87% ▭ ⚡

< Messages     Sandra     Contact

Sandra   what are you doing????????

Oh and apparently ML   coming over so nothing happened everything's fine...

What?!!!! What did he say???

I mean he's "teaching me to play a board game"... Idk we've been texting all night but I didn't think he was gonna come over.

GET IT INNNNN

Again?? Jesus DR



Send



〈 Messages          Sandra          Contact

Again?? Jesus <sup>DR</sup>

> Double your pleasure, double your fun

Ahhhhhh stop this is so fucked up

Also <sup>RM</sup> ████████,
and ████ saw us making out... They're not gonna believe that we left to NOT fuck

> Nooooocoxw

> Uh oh

Also ████████ is bffs with ████████ ....

          Send

●●○○○ AT&T  LTE  ⟳    9:09 PM       @ ⁎ 88% ▭ ⟨

❮ Messages            Sandra              Contact

Also ▮▮▮▮▮ is bffs with
▮▮▮▮....

Also I'm pretty sure
John Doe    was too drunk to
make a good lie out of
shit.

When does ▮EK▮▮▮ get
back....?

TOMORROW

Yikes

Oh and my belly button
ring FELL OUT. So I guess
I'm just gonna say that
happened dancing?????

Say you didn't put it in on
the first place...?

                    Send

●●○○○ AT&T  LTE  ↻  **9:09 PM**      ⓐ ✳ 88% 🔋 �ᐟ

‹ Messages          Sandra           Contact

Say you didn't put it in on the first place...?

Also dirty talk comparing me to my roommate should NOT DO THINGS FOR ME



I can't take it out for the whole first year! I have a dangly earring in it now. A dangly earring.

Wtf is your life

I KNOW WHAT THE FUCK.

Wow. Wow wow wow

          Send

●●○○○ AT&T  LTE ↻     9:10 PM      Ⓐ ✳ 88% ▭ ⊬

‹ Messages          Sandra            Contact

> Wow. Wow wow wow

Also did you just tell ▮▮▮▮ ?
Because she just texted
me "eww"

> No she probably read it
> from mr phone

She's claiming she saw me
make out but not who.
LIAR

> She's a lying slut

SHIT ᴰᴿ       WHAT IS MY
LIFE MAKE THE
MADNESS STOP

> The madness hasn't even
> begun....

                          Send

●●○○○ AT&T  LTE ()    9:10 PM     @ ✳ 88% ▭ ⫦

‹ Messages         Sandra          Contact

The madness hasn't even begun....

Btw when I abruptly stop texting you it's because

ML               here lol

Not gonna lie I love your life

CAN WE FUCKING TRADE? THE STRESS IS KILLING ME

DON'T TELL ▮▮▮▮

Sure let's trade

I won't

Ok why is he just talking to me??

                    Send

●●○○○ AT&T   LTE 🔄     **9:10 PM**      @ ✳ 88% ▭ ⚡

‹ Messages               Sandra                Contact

Sure let's trade

I won't

Ok why is he just talking to me??

In your room????

Like, hot girl in a slutty dress. Make. Your. Move.

YEAH

just make out with him already

Feb 5, 2012  1:00 AM

Ohmygod action did not happen til 5 in the fucking morning



●●○○○ AT&T  LTE ⟳    9:10 PM      ⓐ ✳ 88% ▭▯) ⚡

❮ Messages        Sandra            Contact

> just make out with him already

Feb 5, 2013, 13:56 AM

Ohmygod action did not happen til 5 in the fucking morning

Oh god John Doe    came back to find his phone. I feel so baddddddd.  Shit!

Also the first time he came by I said "go away".. Because ML    was still here.

> 5???? But damn it happened with ML      Yay!!! Ugh I hate John Doe

Send



●●○○○ AT&T  LTE ↻   9:11 PM      ⓐ ✳ 88% ▭▭▭ ▸+

‹ Messages          Sandra          Contact

> 5???? But damn it happened with ML \_\_\_\_\_ ?????? Yay!!! Ugh I hate John Doe \_\_\_\_\_

Yeah it was REALLY cute with ML \_\_\_\_\_ after like a bazillion hours of semi-awkward conversation. And yeah. I hate John Doe too!!!

Like yes I am a shitty friend but John Doe \_\_\_\_\_ is a shitty guy!!



> Wait I'm dying that's so adorable

> The ML \_\_\_\_\_ part....

> Oh boy

                    Send

●●○○○ AT&T  LTE ↻    **9:11 PM**    @ ⁎ 88% ▭⁺⁺

‹ Messages        Sandra        Contact

THAT'LL WORK RIGHT?

Also no one can know that
John Doe    an i fucked
except for you and ▮▮▮▮...

But you have to tell EK

But I can't. She would
literally never speak to me
again. She probably won't
even if i just say we made
out.

But you have to tell her!
She'll find out sooner or
later and it'll actually be
terrible if she finds out
from someone other than
you

                                    Send



●●○○○ AT&T  LTE ↻   9:11 PM      @ ✳ 88% ▭)✦

❮ Messages          Sandra          Contact

But you have to tell her! She'll find out sooner or later and it'll actually be terrible if she finds out from someone other than you

Wahhhhh but we aren't telling anyone! No one is going to tell her!

I'm positive John Doe told at least someone else. And so did you...

Ok you dont count! Fuckkk

If it helps your case, John Doe was hardcore sexting with ▓▓▓ last night too...so you can put all the

                                    Send

●●○○○ AT&T  LTE  ↻    9:12 PM        ⊕ ✳ 88% ▭ ⁴

‹ Messages        Sandra        Contact

If it helps your case, [John Doe] was hardcore sexting with ▮▮▮ last night too...so you can put all the blame on him?

Whoa. [John Doe] really is a dick. But I mean [EK] knows me it's pretty obvi I wasn't an innocent bystander

Fuck. When does she get back??

Not sure. This afternoon?

Although we didn't technicallyyyy have sex. So that's not quiteeee as bad?



Send

●●ooo AT&T  LTE ↻      **9:12 PM**      ⊕ ⁂ **88%** ▬▬▮⁺⚡

‹ Messages        Sandra        Contact

> Fuck. When does she get back??

Not sure. This afternoon?

Although we didn't technicallyyyy have sex. So that's not quiteeee as bad?

FUCK JUST GOT THIS FROM ᴱᴷ ': Haha funny considering he hasn't texted me all week. Be home in 90 or so mins, you'll have to tell me the story

> Hahaha technically? I mean duh it's not as bad...but still

                                    Send

●●○○○ AT&T  LTE ↻    9:12 PM    ⊕ ⅜ 88% ▭▮▪◄

❮ Messages    Sandra    Contact

Wait you told her already????

No last night I told her he was asking about her. Which he was. Before e started making out with me...

WAIT WHATTTTTTTTTTTT

YEAH IT WAS BAD OK

Holy fuck

And [RM] and ▭ and ▭ just watched the whole thing go down

Hot. Damn.

    Send

●●○○○ AT&T LTE ↻ **9:12 PM** ⓐ ✳ 88% ▭ ⚡

‹ Messages    Sandra    Contact

Hot. Damn.

And then they told us to get a room. So we did.

HAHAHAHAHAHAHAH

*Ahhhhhh i just called* ▮▮ *to confirm that I really do have to tell her... Dickkk*

*fuckkk

Hahaha freudian slip

His advice was to "not bring up boys" or anything until later...

Unhelpful.

Lol Freudian slip of my

        Send

●●○○○ AT&T  LTE ↻      **9:12 PM**      ⓐ ✳ **88%** ▭ +

‹ Messages          Sandra          Contact

Unhelpful.

Lol Freudian slip of my autocorrect?

> But she's gonna want to talk about John Doe because of your text

Oh fuck you're right. DAMMIT

> Yea...

Ok how's this: "hi EK      ! I hooked up with John Doe how was your squash tournament?"

> Sounds perfect

Great. Awesome

 Send

●●○○○ AT&T  LTE ↻     9:13 PM     ⓐ ✳ 88% ▭⯈

‹ Messages          Sandra          Contact

Sounds perfect

Great. Awesome.

Are we sure I can't just transfer to another college and dye my hair blonde??

I'm pretty sure you'd still have to be here until the end of the semester...

YOU CAN'T MAKE ME FOLLOW YOUR RULESS

Hey, I didn't make the rules!

Fuck <sup>DR</sup>          I am freaking
out.

                                  Send