# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE<br>*Plaintiff*<br>v.<br>AMHERST COLLEGE, ET AL.<br>*Defendant* | Civil Action No.:<br>3:15-CV-30097-MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
James Larimore, Dean of Students
Amherst College, 220 S. Pleasant Street, Amherst, MA  01002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Max Stern, Esquire
Hillary Lehmann, Esquire
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA  02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Katelyn Coppola
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2015-06-02 14:37:36.0, Clerk USDC DMA

Civil Action No.: **3:15−CV−30097−MAP**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _James Larimore - Dean of Students_
was received by me on (date) _6-15-15_.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _Lisa Rutherford - Chief Policy Officer, General Counsel_ , who is
designated by law to accept service of process on behalf of (name of organization) _James Larimore + Amherst College_ on (date) _6-15-15_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_6-15-15_
Date

Server's Signature

_Jon Pollack - Constable_
Printed name and title

Server's Address

Additional information regarding attempted service, etc:

JON POLLACK & ASSOC.
279 E. CENTRAL ST. #222
FRANKLIN, MA 02038