UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMHERST COLLEGE, ) | |
| CAROLYN MARTIN, JAMES LARIMORE, ) | Civil Action No. 3:15-cv-30097 |
| TORIN MOORE, SUSAN MITTON SHANNON, ) | |
| and LAURIE FRANKL, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

The Plaintiff respectfully moves the Court to allow him to proceed in this action under the pseudonym John Doe. In support of this motion, Plaintiff states that through this action Plaintiff seeks to remedy harms imposed due to the Defendants' conduct in wrongfully proclaiming him a sexual assailant and that further disclosure of his identity would only magnify the harm he has already suffered. Plaintiff further relies upon the memorandum of law submitted herewith.[1]

WHEREFORE, the Plaintiff respectfully requests that the Court allow this motion and issue the Proposed Order attached hereto as Exhibit A.

*Allowed, without opposition.*
*Michael A. Ponsor USDJ*
*6-26-15*

---

[1] In addition to filing the complaint under the pseudonym John Doe through ECF, the Plaintiff is filing a complaint revealing his identity under seal directly with the Court. The Defendants know the identity of Plaintiff via pre-litigation communications.