UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> AMHERST COLLEGE, <br> CAROLYN MARTIN, JAMES LARIMORE, <br> TORIN MOORE, SUSAN MITTON SHANNON, <br> and LAURIE FRANKL, <br><br> Defendants. | Civil Action No. 3:15-cv-30097 |

## [~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Following review of this matter, the Court hereby orders that the Plaintiff's Motion to Proceed under Pseudonym is granted, and Plaintiff shall be permitted to proceed under the pseudonym "John Doe" in all public filings in this matter.

Dated: June 26, 2015

/s/ Michael B. Ponsor

4829-7826-6915, v. 2