UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JOHN DOE,
    Plaintiff,

v.

AMHERST COLLEGE, CAROLYN MARTIN,
JAMES LARIMORE, TORIN MOORE,
SUSAN MITTON SHANNON and
LAURIE FRANKL,
    Defendants.

CIVIL ACTION
No. 3:15-cv-30097

## MOTION TO FILE COMPLAINT IDENTIFYING PLAINTIFF UNDER SEAL

Plaintiff John Doe hereby moves pursuant to Local Rule 7.2 to file under seal a version of the Complaint in this matter which identifies the plaintiff by his true name. In support of this motion, John Doe states that in conjunction with the instant motion, he has moved this Court to allow him to proceed under pseudonym to avoid disclosure of his identity to avoid magnifying the harms he has already suffered and which are the subject-matter of this litigation. John Doe previously filed the Complaint (the "John Doe Complaint") in this matter on May 29, 2015 using a pseudonym and now requests that he be allowed to file a version of the Complaint under seal which uses his true name so that he may provide his identity to the Court. The John Doe Complaint is attached as Exhibit A to this motion, and the version which John Doe seeks leave to file under seal has been hand-filed with the Court in an envelope marked: *John Doe v. Amherst College, et. al.*, No. 3:15-cv-30097, Complaint FILED UNDER SEAL.

WHEREFORE, John Doe respectfully requests that this Court grant Plaintiff's Motion to File Complaint Identifying Plaintiff Under Seal.

*ALLOWED, without opposition.*
*Michael A. Ponsor* USDJ 6-26-15