UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>Plaintiff,<br><br>v.<br><br>AMHERST COLLEGE,<br>Defendant. | C.A. No. 3:15-cv-30097-MAP |

**DEFENDANT'S MOTION TO COMPEL**

In this lawsuit, Plaintiff John Doe challenges his dismissal from Defendant Amherst College after a hearing panel found him responsible for sexual misconduct. In its motion for judgment on the pleadings decision (Doc. No. 117), this Court pared down Mr. Doe's complaint to contract, implied covenant, and Title IX claims against the College. Despite an extensive series of discovery conferences over the past year, Mr. Doe continues to refuse to produce discovery that is highly relevant to his remaining claims. The College brings this motion to compel in order to obtain this important discovery.

The discovery sought by this motion generally breaks down into three categories of documents. First, the College seeks the production of Mr. Doe and his counsel's communications with multiple third-parties. In particular, the College seeks the production of communications with two former Amherst students, EK and ML, whose affidavits Mr. Doe has appended to his Amended Complaint. Mr. Doe has asserted "work product" protection with respect to his counsel's communications with EK and ML, as well as other third-parties. The College disputes that these communications garner any protection, and, moreover, its substantial need for the critical information contained in these communications would override any protection that may attach.

Second, the College seeks an order preventing Mr. Doe from continuing to selectively produce his communications concerning this very lawsuit and communications with members of the media. The College has become increasingly concerned that Mr. Doe has calculated his carefully-worded responses to these requests in order to carve-out particular avenues of inquiry from discovery or to eliminate damaging documents. The College therefore turns to this Court for relief.

Third, the College seeks additional documents necessary to defend itself against Mr. Doe's alleged damages, including health records and documents concerning his employment opportunities, earning potential, and efforts to obtain a college degree.

WHEREFORE, Defendant Amherst College respectfully requests that this Court enter an order granting the relief requested in the proposed order attached hereto as Exhibit A.

**AMHERST COLLEGE,**

By its attorneys,

/s/ Tobias W. Crawford
Scott A. Roberts (BBO No. 550732)
sroberts@hrwlawyers.com
Tobias W. Crawford (BBO No. 678621)
tcrawford@hrwlawyers.com
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02110
Tel. (617) 348-4300 // Fax (617) 348-4343

Dated: April 7, 2017

**CERTIFICATION PURSUANT TO LOCAL RULE 37.1**

I, Tobias W. Crawford, hereby certify that counsel for Defendant Amherst College has conferred in good faith with counsel for Plaintiff John Doe on numerous occasions over the course of many months concerning the above-referenced issues. As of the time of this filing on April 7, 2017, the parties have been unable to resolve the disputes raised in this motion.

/s/ Tobias W. Crawford
Tobias W. Crawford

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 7, 2017.

/s/ Tobias W. Crawford
Tobias W. Crawford