UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE,,<br>Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-30097-MGM |
| | ) | |
| AMHERST COLLEGE, ET AL.,<br>Defendant. | ) | |

REVISED SCHEDULING ORDER
April 18, 2017

ROBERTSON, U.S.M.J.

| | |
|---|---|
| June 16, 2017 | Completion of all fact discovery, including responses to all written discovery (including requests for admissions) and depositions |
| June 20, 2017 | Status conference at 2:30 P.M. |
| July 14, 2017 | Disclosure of initial expert reports |
| August 11, 2017 | Filing of dispositive motions |
| August 18, 2017 | Disclosure of rebuttal expert reports |
| September 1, 2017 | Completion of expert depositions |
| September 15, 2017 | Filing of opposition(s) to dispositive motion(s) |
| September 29, 2017 | Filing of replies , if any, to oppositions to dispositive motions |

It is So Ordered.

/s/ Katherine A. Robertson____
KATHERINE A. ROBERTSON
United States Magistrate Judge