UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE,
    Plaintiff,

v.

AMHERST COLLEGE,
    Defendant.

C.A. No. 3:15-cv-30097-MAP

## JOINT STATUS REPORT

Pursuant to this Court's Order dated May 30, 2017 (Doc. No. 131), Plaintiff John Doe and Defendant Amherst College jointly report that settlement discussions in this matter continue. The Parties respectfully request that this Court extend the discovery stay in this matter. The Parties propose to file another joint status report by July 14th to report on their progress.

| **JOHN DOE,** | **AMHERST COLLEGE,** |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Megan C. Deluhery | /s/ Tobias W. Crawford |
| Max D. Stern (BBO No. 479560) | Scott A. Roberts (BBO No. 550732) |
|    mstern@toddweld.com |    sroberts@hrwlawyers.com |
| Megan C. Deluhery (BBO No. 655564) | Tobias W. Crawford (BBO No. 678621) |
|    mdeluhery@toddweld.com |    tcrawford@hrwlawyers.com |
| TODD & WELD LLP | HIRSCH ROBERTS WEINSTEIN LLP |
| One Federal Street, 27th Floor | 24 Federal Street, 12th Floor |
| Boston, Massachusetts 01880 | Boston, Massachusetts 02110 |
| (617) 720-2626 | (617) 348-4300 |

Dated: June 21, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 21, 2017.

                                                /s/Tobias W. Crawford
                                                Tobias W. Crawford