UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>  Plaintiff,<br><br>  v.<br><br>AMHERST COLLEGE,<br>  Defendant. | C.A. No. 3:15-cv-30097-MAP |

## JOINT REPORT ON STATUS OF SETTLEMENT DISCUSSIONS

Pursuant to this Court's Order dated June 22, 2017 (Doc. No. 136), Plaintiff John Doe and Defendant Amherst College jointly report that settlement discussions in this matter continue with progress. As they believe that they have nearly reached a settlement, the Parties respectfully request that this Court extend the discovery stay in this matter through July 21, 2017. If no resolution is reached by then, it will be because the Parties have reached an impasse, and the Parties will submit a proposed revised scheduling order at that time.

| **JOHN DOE,** | **AMHERST COLLEGE,** |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Megan C. Deluhery | /s/ Tobias W. Crawford |
| Max D. Stern (BBO No. 479560)<br> mstern@toddweld.com<br>Megan C. Deluhery (BBO No. 655564)<br> mdeluhery@toddweld.com<br>TODD & WELD LLP<br>One Federal Street, 27th Floor<br>Boston, Massachusetts 01880<br>(617) 720-2626 | Scott A. Roberts (BBO No. 550732)<br> sroberts@hrwlawyers.com<br>Tobias W. Crawford (BBO No. 678621)<br> tcrawford@hrwlawyers.com<br>HIRSCH ROBERTS WEINSTEIN LLP<br>24 Federal Street, 12th Floor<br>Boston, Massachusetts 02110<br>(617) 348-4300 |

Dated: July 13, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 13, 2017.

                                            /s/Tobias W. Crawford
                                            Tobias W. Crawford