UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>v.<br><br>AMHERST COLLEGE, et al.,<br>    Defendants. | C.A. No. 3:15-cv-30097-MGM |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims that were or could have been asserted in this action be dismissed with prejudice and without costs, and waiving all rights of appeal.

| **JOHN DOE,** | **AMHERST COLLEGE, CAROLYN MARTIN, JAMES LARIMORE, TORIN MOORE, SUSIE MITTON SHANNON, AND LAURIE FRANKL,** |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Max D. Stern | /s/ Scott A. Roberts |
| Max D. Stern (BBO No. 479560)<br>   mstern@toddweld.com<br>Megan C. Deluhery (BBO No. 655564)<br>   mdeluhery@toddweld.com<br>TODD & WELD LLP<br>One Federal Street, 27th Floor<br>Boston, Massachusetts 01880<br>(617) 720-2626 | Scott A. Roberts (BBO No. 550732)<br>   sroberts@hrwlawyers.com<br>Tobias W. Crawford (BBO No. 678621)<br>   tcrawford@hrwlawyers.com<br>HIRSCH ROBERTS WEINSTEIN LLP<br>24 Federal Street, 12th Floor<br>Boston, Massachusetts 02110<br>(617) 348-4300 |

Dated: August 4, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 4, 2017.

                                        /s/ Scott A. Roberts  
                                        Scott A. Roberts